IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JADA V. VISE                                                                                           PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:19-cv-101-NBB-RP

MGM RESORTS MISSISSIPPI, LLC,
D/B/A GOLD STRIKE CASINO AND
RESORT AND JOAQUIN GARCIA                                                                  DEFENDANTS

## **ORDER**

This cause comes before the court upon the plaintiff Jada V. Vise's motion in limine to exclude evidence that she is the subject of a criminal investigation being conducted by the IRS. The defendants argue that, because the plaintiff is seeking recovery for alleged emotional and mental distress, evidence of this investigation is relevant to the issues of causation and damages as an additional stressor in the plaintiff's life between the time of the alleged events giving rise to this lawsuit and the present day.

While the court is persuaded that the evidence may be relevant, its probative value is arguably outweighed by potential unfair prejudice. *See* Fed. R. Evid. 403. It is uncontested that the plaintiff is merely under investigation, with no charges or conviction resulting therefrom to date. The court therefore finds that the motion should be granted at this time subject to reconsideration at trial if the proper foundation for the evidence is laid by the defendants.

It is, therefore, **ORDERED** that the plaintiff's motion in limine is **GRANTED** at this time. This 31st day of March, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE